Filed 3/7/13  P. v. Vargas CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

# COPY

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Sacramento)

----

| | |
|---|---|
| THE PEOPLE, | C067801 |
| Plaintiff and Respondent, | (Super. Ct. No. 09F05780) |
| v. | |
| DOMINGO GARCIA VARGAS, | ORDER MODIFYING OPINION |
| Defendant and Appellant. | [NO CHANGE IN JUDGMENT] |

THE COURT:

It is ordered that the opinion filed herein on February 19, 2013, be modified as follows:

On page 11, the first paragraph of section II, in the first sentence "K.B." is changed to "S.G." so the sentence reads:

Defendant was convicted of both forcible sexual penetration (§ 289(a)(1)) and assault with intent to commit forcible sexual penetration (§§ 220/289(a)(1)) of S.G.

There is no change in the judgment.


                                                                        HULL_____, J.


We concur:


_____RAYE_____, P. J.


_____ROBIE_____, J.

2